# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Storm Team Robbins, LLC, d/b/a Servpro of the Seacost, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Minot Public School District, | ) |
| | ) Case No. 4:15-cr-028 |
| Defendants. | ) |

Before the court is a motion for attorneys Kathleen Cassidy Tranter and Kevin F. Hoskins to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Kathleen Cassidy Tranter and Kevin F. Hoskins have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the T motion (Docket No. 10 and 11) is **GRANTED**. Attorneys Kathleen Cassidy Tranter and Kevin F. Hoskins are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge